UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDOD BIJOU,

    Plaintiff,

v.                                         Case No:  2:13-cv-884-FtM-38DNF

DISTRICT SCHOOL BOARD OF COLLIER COUNTY,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on the Plaintiff Fedod Bijou's Motion to Request Settlement Conference (Doc. #25) filed on June 10, 2014. The Plaintiff moves the Court to order a settlement conference because he is financially unable to pay his share of a mediator's costs and fees. Therefore, the Court directs the Defendant to file an expedited response to inform the Court if the Defendant would be amenable to a settlement conference with a United States Magistrate Judge.

Accordingly, it is now

**ORDERED:**

The Defendant Collier County, Florida, School Board shall file an expedited response on or before **Monday, June 23, 2014**, as to whether or not it would agree to a

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

settlement conference before a United States Magistrate Judge in lieu of mediation with a private mediator.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of June, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record