UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDOD BIJOU,

      Plaintiff,

v.                            Case No:  2:13-cv-884-FtM-38DNF

DISTRICT SCHOOL BOARD OF
COLLIER COUNTY,

      Defendant.

_____/

## **ORDER**[1]

This matter comes before the Court on the Plaintiff, Fedod Bijou's Motion Requesting Settlement Conference (Doc. #25) filed on June 10, 2014. The Plaintiff moves the Court to hold a settlement conference in this case. As grounds for the Court held settlement conference, Plaintiff states that he cannot afford to pay his share of a mediator's fee. On June 23, 2014, the Defendant, Collier County School Board filed an expedited response (Doc. #28) notifying the Court that it did not oppose a settlement conference before the Magistrate Judge. As such, the Motion for a settlement conference conducted by the Court is due to be granted.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Plaintiff, Fedod Bijou's Motion Requesting Settlement Conference (Doc. #25) is **GRANTED**.

(1) The settlement conference is hereby referred to Magistrate Judge Carol Mirando to hold a settlement conference as her schedule permits.   As this case is in the early stages of discovery, the Court will leave it to the parties and the Magistrate Judge as to when best to hold the settlement conference.

(2) The Parties are directed to meet and contact Magistrate Judge Carol Mirando's Courtroom Deputy Libby Figgers at (239) 461-2005 by **July 9, 2014** to set an agreed upon date for the settlement conference before Judge Mirando.

(3)  The settlement conference must be scheduled and completed on or before the mediation deadline of April 3, 2015 listed in the Case Management and Scheduling Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record
         MJCRD Libby Figgers

2